CHARLES H. JORDAN, as Administrator of the Estate of SAMUEL J. ARMSTRONG, Deceased, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Jordan* v. *Erie Railroad Co.*, 133 App. Div. 938, affirmed.
(Argued March 16, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

August 3, 1909, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

*Edward R. O'Malley* for appellant.

*William L. Marcy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, HISCOCK and CHASE, JJ. Not voting: WILLARD BARTLETT, J. Not sitting: VANN, J.